DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801   FAX (650) 345-1514
(707) 544-5500   FAX (707) 544-0475



Entered on Docket
May 08, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: May 7, 2013

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

MASAZUMI INOUE

Debtor(s)

Chapter 13
Case No:  13-3-0311 DM

ORDER OF DISMISSAL PRIOR TO CONFIRMATION

On March 28, 2013, DAVID BURCHARD, Trustee filed a Motion to Dismiss case.

The Court finds that notice of the motion upon Debtor(s) and counsel was proper.

Debtor(s) having failed to file timely opposition to Trustee's motion, the Court hereby orders:

IT IS NOW ORDERED that the Debtor(s)' proceedings herein be dismissed, and that any restraining orders heretofore issued be dissolved.  The Chapter 13 Trustee shall submit at a later date his Trustee's Final Report for approval by the court.

**END OF ORDER**

# COURT SERVICE LIST

MASAZUMI INOUE
67 BLAKE STREET
SAN FRANCISCO, CA 94118

**PLEASE NOTIFY ALL OTHER PARTIES IN INTEREST.**