Form DOC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: Masazumi Inoue | Case No.: 13−30311 DM 13 |
| Debtor(s) | Chapter: 13 |

### NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 5/7/13 dismissing the above−captioned case.

Dated: 5/8/13

For the Court:

Gloria L. Franklin
Clerk of Court
United States Bankruptcy Court

Doc # 20